UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 1:12-cv-21724-ALTONAGA/Simonton

THE PROVIDENT BANK

     Plaintiff,

v.

ALEXANDER MANUEL SALGADO,

     Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> **Robert D. McIntosh, Esquire**
> **Adam B. Cooke, Esquire**
> **McINTOSH SCHWARTZ, P.L.**
> **888 SE Third Avenue, Suite 500**
> **Fort Lauderdale, FL 33316**
> **Attorneys for Plaintiff**
>
> **The Provident Bank, Plaintiff**
> **Middlesex County, NJ**
>
> **Provident Financial Services, Inc.**
> **Jersey City, NJ**
> - **The Provident Bank is a subsidiary of Provident Financial Services, Inc.**

{215889.0085/L4305635_1}

**First Commercial Corporation of America**
**Monmouth County, NJ**

**Alexander Manuel Salgado, Defendant**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      **None**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      **None**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      **The Provident Bank**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 28, 2012                    Respectfully Submitted,

By: ***s/ Robert D.  McIntosh***

    Robert D.  McIntosh (FBN: 115490)
    Email: rdm@mcintoshschwartz.com
    **McIntosh Schwartz, P.L.**
    888 S.E. 3rd Avenue, Suite 500
    Fort Lauderdale, Florida 33316-1159
    Phone: (954) 660-9888
    Fax: (954) 760-9531
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s Robert D. McIntosh*
  Robert D. McIntosh (FBN115490)
  Adam B. Cooke (FBN 0634182)


## SERVICE LIST

Robert D.  McIntosh (FBN: 115490)
Email: rdm@mcintoshschwartz.com
Adam B. Cooke (FBN: 0634182)
Email:  acooke@mcintoshschwartz.com
**McINTOSH SCHWARTZ P.L.**
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, Florida 33316-1159
Phone: (954) 660-9888
Fax: (954) 760-9531
  *Attorneys for The Provident Bank*

================================================================

Alexander Manuel Salgado
2829 Bird Avenue, Suite 5
Miami, FL 33133
  *Defendant*

{215889.0085/L4305635_1}