# EXHIBIT F

# IcIntosh Schwartz, P.I

### ATTORNEYS AT LAW

888 SOUTHEAST 3rd AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

March 09, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

**Tax ID #**████████
Main Office (954) 660-9888
Fax (954) 760-9531

Re: Climat #215889.0085
     The Provident Bank v. Lucky Day & Pernas     — salgado
     HIN #HATCW321F787

Enclosed is Invoice 10997, which covers services through 2/29/2012. This invoice dated 3/9/2012 is for $60.00. Your total balance, including past charges is $60.00. Prompt payment of your total balance is much appreciated.

### Billing Summary

| | |
|---|---|
| Total for services rendered | $60.00 |
| Total expenses | $0.00 |
| Total payments and other transactions | ($250.00) |
| Total previous balance | $250.00 |
| **Balance Due** | **$60.00** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

March 09, 2012
Invoice: 10997
Page:     1
Tax ID #4

**Reference:**   Climat #215889.0085
The Provident Bank v. Lucky Day & Pernas
HIN #HATCW321F787

**Professional Services**

| | | | | | |
|---|---|---|---|---|---|
| 01/17/12 27545 | RDM | call from Joe new file coming for debtor Alex Salgado, the boat is in Mexico, Joe wants not only to sue Salgado for the balance but to see if there is any criminal charges that can be made against him | 0.20 | 200.00/hr | 40.00 |
| 01/19/12 27835 | RDM | Joe called it looks like the Mexico deal may be paid, so take no action until I hear further from Joe | 0.10 | 200.00/hr | 20.00 |

|  |  |  |
|---|---|---|
| Total Fees for Professional Services | 0.30 | $60.00 |
| Previous balance | | $250.00 |

**Accounts receivable transactions**

| | |
|---|---|
| 3/5/2012 Payment - Thank You. Invoice #10821. Check No. 5091274 | ($250.00) |
| Total payments and adjustments | ($250.00) |
| **Balance due** | **$60.00** |

## Summary of Fees

| Name | | | |
|---|---|---|---|
| Robert D. McIntosh | 0.30 | 200.00 | $60.00 |

# cINTOSH SCHWARTZ, P.L

## ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

April 05, 2012

Tax ID #▓▓▓▓▓▓▓
Main Office (954) 660-9888
Fax (954) 760-9531

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

Re:  Climat #215889.0085
     The Provident Bank v. Salgado
     HIN #HATCW321F787

Enclosed is Invoice 11080, which covers services through 3/31/2012.  This invoice dated 4/5/2012 is for $985.00.  Your total balance, including past charges is $985.00. Prompt payment of your total balance is much appreciated.

## Billing Summary

| | |
|---|---|
| Total for services rendered | $960.00 |
| Total expenses | $25.00 |
| Total payments and other transactions | ($60.00) |
| Total previous balance | $60.00 |
| **Balance Due** | **$985.00** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

# McINTOSH SCHWARTZ, P.L.

## ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

April 05, 2012
Invoice: 11080
Page:      1
**Tax ID #4**

**Reference:**   Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

**Professional Services**

| | | | | | |
|---|---|---|---|---|---|
| 03/01/12 31997 | MFS | Review and analyze Note, Assignment, Mortgage, and all other bank documents in order to prepare Complaint based on deficiency following sale of vessel. | 0.70 | 100.00/hr | 70.00 |
| 03/01/12 31998 | MFS | Prepare correspondence to Kristy Pak / Provident Bank re: gross/net proceeds from sale of vessel, post sale notice and assignment of mortgage. | 0.20 | 100.00/hr | 20.00 |
| 03/01/12 31999 | MFS | Prepare proposed Complaint against Defendants Alexander Salgado & Jane Salgado for deficiency balance. | 1.90 | 100.00/hr | 190.00 |
| 03/01/12 32000 | MFS | Internet research [accurint and Miami-Dade County divorce records] in order to obtain current whereabouts of both Defendants; they divorced in 2009. | 0.70 | 100.00/hr | 70.00 |
| 03/01/12 32002 | MFS | Compile and mark exhibits to complaint. | 0.30 | 100.00/hr | 30.00 |
| 03/01/12 32003 | MFS | Internet research / UCC filings in order to obtain date stamped, filed copy of Financing Statement to attach as exhibit to complaint. | 0.20 | 100.00/hr | 20.00 |
| 03/01/12 32016 | MFS | Review responsive correspondence from Kristy Pak re: clarification that boat was sold by debtor not repossessed; review Vessel Purchase Agreement provided. | 0.30 | 100.00/hr | 30.00 |
| 03/01/12 32018 | MFS | Prepare correspondence to Kristy Pak re: additional questions regarding file; need assignment of mortgage. | 0.10 | 100.00/hr | 10.00 |

| 03/01/12<br>32354 | ABC | Review of correspondence regarding questions on Provident v.<br>Salgado matter. | 0.10 | 150.00/hr | 15.00 |
| 03/01/12<br>32368 | ABC | Conference with Michelle Sachs regarding thoughts on Salgado<br>case. | 0.20 | 150.00/hr | 30.00 |
| 03/01/12<br>32369 | ABC | Review of correspondence from Sojoung Pak regarding Salgado<br>case. | 0.10 | 150.00/hr | 15.00 |
| 03/02/12<br>32072 | MFS | Review responsive correspondence and attached documents from<br>Kristy Pak regarding (1) payoff amount calculations and (2)<br>recorded First Preferred Ship Mortgage. | 0.50 | 100.00/hr | 50.00 |
| 03/02/12<br>32073 | MFS | Review all bank documents, including 2 different mortgages, in<br>order to supplemental complaint; prepare memorandum regarding<br>bank documents. | 0.90 | 100.00/hr | 90.00 |
| 03/02/12<br>32077 | MFS | Prepare correspondence to Kristy Pak regarding need to locate<br>assignment of Mortgage from 1st Commercial to Provident Bank. | 0.20 | 100.00/hr | 20.00 |
| 03/02/12<br>32082 | MFS | Review responsive correspondence from Kristy Pak stating that<br>there is no assignment of Mortgage from 1st Commercial to<br>Provident Bank. | 0.10 | 100.00/hr | 10.00 |
| 03/02/12<br>32590 | ABC | Review of several correspondence and documents regarding same<br>and phone conference on what we need to prepare and file<br>complaint in Provident v. Salgado. | 0.40 | 150.00/hr | 60.00 |
| 03/02/12<br>34396 | RDM | Review information from Michelle that there was no assignment<br>from First Commercial to the Bank of the mortgage and instructed<br>her to have the assignment made before we file suit | 0.10 | 200.00/hr | 20.00 |
| 03/03/12<br>34398 | RDM | Review information from Michelle and multiple mortgages. I told<br>her that there is no reason for two mortgages. She needs to check<br>the Coast Guard abstract so we can determine which mortgage, if<br>any, is listed on the abstract | 0.10 | 200.00/hr | 20.00 |
| 03/05/12<br>32126 | MFS | Order abstract of subject vessel from NVDC. | 0.20 | 100.00/hr | 20.00 |
| 03/05/12<br>32164 | MFS | Review abstract of title provided by the NVDC regarding subject<br>vessel. | 0.10 | 100.00/hr | 10.00 |

| 03/08/12 32425 | RDM | Receipt of Abstract of Title from U.S. Coast Guard | 0.10 | 200.00/hr | 20.00 |
| 03/08/12 32430 | MFS | Prepare correspondence to Kristy Pak / Provident Bank requesting that they obtain an assignment of the mortgage from 1st Commercial. | 0.10 | 100.00/hr | 10.00 |
| 03/26/12 34217 | MFS | Prepare correspondence to Wilmer Rapozo / Provident Bank with regard to getting an assignment of the mortgage from 1st Commercial to Provident. | 0.10 | 100.00/hr | 10.00 |
| 03/26/12 34218 | MFS | Telephone conference with Wilmer Rapozo / Provident Bank with regard to getting an assignment of the mortgage from 1st Commercial to Provident. | 0.20 | 100.00/hr | 20.00 |
| 03/26/12 34234 | RDM | Telephone Conference to Joe to discuss assignments as he requested | 0.10 | 200.00/hr | 20.00 |
| 03/27/12 34422 | RDM | Telephone Conference with Joe regarding the assignment of the mortgage he thought the note assignment also assigned the mortgage, assured him it did not we will discuss tomorrow at the Mediation | 0.20 | 200.00/hr | 40.00 |
| 03/28/12 34657 | MFS | Review assignment of preferred mortgage & promissory note from First Commercial to Provident Bank. | 0.10 | 100.00/hr | 10.00 |
| 03/28/12 34658 | MFS | Obtain "optional application form" from the NVDC website in order to record assignment of preferred mortgage & promissory note from First Commercial to Provident Bank. | 0.10 | 100.00/hr | 10.00 |
| 03/30/12 34977 | MFS | Review correspondence from Wilmer Rapozo in response to our request for a clean copy of the 4/2/04 recorded mortgage; he sent 3/30/04 mortgage. | 0.10 | 100.00/hr | 10.00 |
| 03/30/12 34978 | MFS | Prepare correspondence to Wilmer Rapozo regarding need for clean copy of the 4/2/04 recorded mortgage. | 0.10 | 100.00/hr | 10.00 |

Total Fees for Professional Services       8.60      $960.00

**Costs Incurred:**

03/05/12 RDM  Reimbursement; Order abstract of title.       25.00

Total additional charges       $25.00

| | |
|---|---|
| Total amount of this bill | $985.00 |
| Previous balance | $60.00 |
| **Accounts receivable transactions** | |
| 4/3/2012 Payment - Thank You. Invoice #10997. Check No. 5092054 | ($60.00) |
| Total payments and adjustments | ($60.00) |
| **Balance due** | $985.00 |

## Summary of Fees

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 7.20 | 100.00 | $720.00 |
| Robert D. McIntosh | 0.60 | 200.00 | $120.00 |
| Adam B. Cooke | 0.80 | 150.00 | $120.00 |

# IcINTOSH SCHWARTZ, P.I

### ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

May 07, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

**Tax ID #**▮▮▮▮▮
Main Office (954) 660-9888
Fax (954) 760-9531

Re:  Climat #215889.0085
    The Provident Bank v. Salgado
    HIN #HATCW321F787

    Enclosed is Invoice 11173, which covers services through 4/30/2012. This invoice dated 5/7/2012 is for $402.00. Your total balance, including past charges is $1387.00. Prompt payment of your total balance is much appreciated.

<b>Billing Summary</b>

| | |
|---|---|
| Total for services rendered | $360.00 |
| Total expenses | $42.00 |
| Total payments and other transactions | $0.00 |
| Total previous balance | $985.00 |
| **Balance Due** | **$1,387.00** |

    Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

# cIntosh Schwartz, P.L

### ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

May 07, 2012
Invoice: 11173
Page:     1
Tax ID #

**Reference:**     Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

### Professional Services

| 04/02/12 35250 | MFS | Prepare Freedom of Information Act request to the NVDC regarding clear copy of preferred mortgage. | 0.20 | 100.00/hr | 20.00 |
| 04/02/12 35337 | MFS | Telephone conference with NVDC regarding our FOIA request and payment of same. | 0.10 | 100.00/hr | 10.00 |
| 04/10/12 36187 | MFS | Review recorded preferred mortgage from the NVDC needed to record assignment of same. | 0.10 | 100.00/hr | 10.00 |
| 04/10/12 36189 | MFS | Complete the "optional application form" in order to record assignment of preferred mortgage & promissory note from First Commercial to Provident Bank. | 0.20 | 100.00/hr | 20.00 |
| 04/11/12 36287 | MFS | Prepare correspondence to Richard King / 1st Commercial requesting his signature and notarization on the Optional Application for Filing in order to get the Assignment recorded with the NVDC. | 0.10 | 100.00/hr | 10.00 |
| 04/12/12 36494 | MFS | Prepare correspondence to the NVDC containing our Optional Application for Filing of the Assignment of the Preferred Mortgage. | 0.10 | 100.00/hr | 10.00 |
| 04/24/12 37604 | MFS | Prepare correspondence to Kristy Pak regarding status of recording assignment of mortgage with the NVDC. | 0.10 | 100.00/hr | 10.00 |
| 04/24/12 37605 | MFS | Prepare correspondence to NVDC requesting status of our application to record the assignment of the mortgage. | 0.10 | 100.00/hr | 10.00 |

| 04/24/12<br>37628 | MFS | Review responsive correspondence from the NVDC regarding status of our application to record the assignment of the mortgage; they are currently processing requests from January 2012. | 0.10 | 100.00/hr | 10.00 |
|---|---|---|---|---|---|
| 04/24/12<br>37629 | MFS | Prepare correspondence to Kristy Pak regarding status of our application to record the assignment of the mortgage; they are currently processing requests from January 2012. | 0.10 | 100.00/hr | 10.00 |
| 04/25/12<br>37847 | MFS | Review updated payoff amount and checks representing monies received from Defendants provided by Kristy Pak. | 0.20 | 100.00/hr | 20.00 |
| 04/25/12<br>37848 | MFS | Supplement / revise Complaint in admiralty based upon updated payoff amount, recent monies received from Defendants and recent Assignment of the subject Mortgage. | 0.70 | 100.00/hr | 70.00 |
| 04/26/12<br>37907 | RDM | revise the complaint | 0.40 | 200.00/hr | 80.00 |
| 04/30/12<br>38263 | MFS | Review weekly backlog report from the NVDC regarding status of recording assignment of mortgage; only up to 1/26/12. | 0.10 | 100.00/hr | 10.00 |
| 04/30/12<br>38279 | RDM | revise the complaint and approve for filing | 0.30 | 200.00/hr | 60.00 |

|  | | | 2.90 | $360.00 |
|---|---|---|---|---|
| Total Fees for Professional Services | | | | |

**Costs Incurred:**

| 03/01/12 RDM | Accurint: Person search on Alexander Salgado and Jane Zeitel. | 38.00 |
|---|---|---|
| 04/02/12 RDM | Reimbursement; Documents received from NVDC pursuant to FOIA request - preferred mortgage. | 4.00 |

| Total additional charges | $42.00 |
|---|---|
| Total amount of this bill | $402.00 |
| Previous balance | $985.00 |
| **Balance due** | **$1,387.00** |

McIntosh Schwartz, P.L. 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316
Main Office (954) 660-9888     Fax (954) 760-9531

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 402.00  | 985.00  | 0.00    | 0.00    | 0.00     |

### Summary of Fees

| Name | | | | |
|------|------|------|------|------|
| Michelle F. Sachs | | | 2.20 | 100.00 | $220.00 |
| Robert D. McIntosh | | | 0.70 | 200.00 | $140.00 |

June 07, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

**Tax ID #** ▓▓▓▓▓▓
Main Office (954) 660-9888
Fax (954) 760-9531

Re: Climat #215889.0085
    The Provident Bank v. Salgado
    HIN #HATCW321F787

Enclosed is Invoice 11281, which covers services through 5/31/2012. This invoice dated 6/7/2012 is for $600.00. Your total balance, including past charges is $600.00. Prompt payment of your total balance is much appreciated.

## Billing Summary

| | |
|---|---:|
| Total for services rendered | $250.00 |
| Total expenses | $350.00 |
| | |
| Total payments and other transactions | ($1,387.00) |
| Total previous balance | $1,387.00 |
| **Balance Due** | **$600.00** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

June 07, 2012
Invoice: 11281
Page:       1
**Tax ID #**▮▮▮▮▮

**Reference:**   Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

### Professional Services

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/02/12 | MFS | Prepare correspondence to Joe Marcella and Kristy Pak regarding proposed complaint. | 0.10 | 100.00/hr | 10.00 |
| 38620 | | | | | |
| 05/07/12 | MFS | Revise complaint, summons and civil cover sheet to remove Jane Salgado as a Defendant, pursuant to instructions from Joe Marcella. | 0.20 | 100.00/hr | 20.00 |
| 39042 | | | | | |
| 05/07/12 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are working on requests from 2/2/12. | 0.10 | 100.00/hr | 10.00 |
| 39044 | | | | | |
| 05/07/12 | MFS | Prepare correspondence to Joe Marcella / Kristy Pak requesting verification that there have been no more payments of sale proceeds to the bank to date before we efile complaint. | 0.10 | 100.00/hr | 10.00 |
| 39051 | | | | | |
| 05/07/12 | RDM | call from Joe, he said to drop Mrs. Salgado from the suit, they had agreed to that with Mr. Salgado when they worked out the sale | 0.20 | 200.00/hr | 40.00 |
| 39064 | | | | | |
| 05/07/12 | MFS | Redact exhibits F, G, & H to complaint before efiling. | 0.30 | 100.00/hr | 30.00 |
| 39090 | | | | | |
| 05/07/12 | MFS | Efile complaint, exhibit A-H, summons and civil cover sheet, via CM/ECF. | 0.20 | 100.00/hr | 20.00 |
| 39091 | | | | | |
| 05/08/12 | MFS | Review summons executed by the clerk of court. | 0.10 | 100.00/hr | 10.00 |
| 39186 | | | | | |
| 05/08/12 | MFS | Prepare correspondence to process server regarding instructions for service of summons and complaint. | 0.10 | 100.00/hr | 10.00 |
| 39187 | | | | | |

| Date | | Description | | Rate | Amount |
|---|---|---|---|---|---|
| 05/16/12<br>40022 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/2/12. | 0.10 | 100.00/hr | 10.00 |
| 05/21/12<br>40500 | MFS | Review correspondence from Wilmer Rapozo inquiring as to whether or not we Provident provided us with clear copy of mortgage filed the NVDC. | 0.10 | 100.00/hr | 10.00 |
| 05/21/12<br>40501 | MFS | Prepare responsive correspondence to Wilmer Rapozo regarding mortgage, assignment and case status. | 0.10 | 100.00/hr | 10.00 |
| 05/22/12<br>40759 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/20/12. | 0.10 | 100.00/hr | 10.00 |
| 05/25/12<br>41482 | MFS | Review file / bank documents to determine if First Commercial Corp. was involved in sale of the subject vessel; no (noted in memo). | 0.10 | 100.00/hr | 10.00 |
| 05/29/12<br>41391 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/20/12. | 0.10 | 100.00/hr | 10.00 |
| 05/29/12<br>41981 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 05/31/12<br>41713 | RDM | review the Judge's order requiring service by 5 Sept. | 0.10 | 200.00/hr | 20.00 |

Total Fees for Professional Services                               2.20        $250.00

**Costs Incurred:**

05/07/12 RDM  Reimbursement; USDC SD of FL filing fee for complaint.                         350.00

Total additional charges                                                      $350.00

Total amount of this bill                                                     $600.00

Previous balance                                                           $1,387.00

**Accounts receivable transactions**

5/8/2012 Payment - Thank You. Invoice #11080. Check No. 5092761                          ($985.00)

McIntosh Schwartz, P.L. 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316
Main Office (954) 660-9888      Fax (954) 760-9531

5/30/2012 Payment - Thank You. Invoice #11173. Check No. 5093753                    ($402.00)

      Total payments and adjustments                                              ($1,387.00)

      **Balance due**                                                                    $600.00

## Summary of Fees

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 1.90 | 100.00 | $190.00 |
| Robert D. McIntosh | 0.30 | 200.00 | $60.00 |

July 12, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

**Tax ID #**▮▮▮▮▮▮
Main Office (954) 660-9888
Fax (954) 760-9531

Re: Climat #215889.0085
    The Provident Bank v. Salgado
    HIN #HATCW321F787

    Enclosed is Invoice 11408, which covers services through 6/30/2012. This invoice dated 7/12/2012 is for $190.00. Your total balance, including past charges is $190.00. Prompt payment of your total balance is much appreciated.

|                                          |             |
| ---------------------------------------- | ----------- |
| **Billing Summary**                      |             |
| Total for services rendered              | $190.00     |
| Total expenses                           | $0.00       |
| Total payments and other transactions    | ($600.00)   |
| Total previous balance                   | $600.00     |
| **Balance Due**                          | **$190.00** |

    Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830

July 12, 2012
Invoice: 11408
Page: 1
**Tax ID #** ▓▓▓▓▓▓

**Reference:**   Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

### Professional Services

| | | | | | |
|---|---|---|---|---|---|
| 06/01/12 41859 | MFS | Review process server's field note regarding unsuccessful attempt at service of summons and complaint on Defendant. | 0.10 | 100.00/hr | 10.00 |
| 06/01/12 41860 | MFS | Internet research [accurint / Miami-Dade County property appraiser, FL Dept. of Corp. / CPA licenses / facebook] in order to obtain additional addresses to attempt to serve Defendant. | 1.10 | 100.00/hr | 110.00 |
| 06/01/12 41861 | MFS | Prepare correspondence to process server regarding instructions on serving Defendant at 3 possible addresses. | 0.10 | 100.00/hr | 10.00 |
| 06/04/12 42729 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 06/11/12 42730 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 06/12/12 42872 | MFS | Review process server's field notes regarding failed attempts at service on 2 of the 3 new addresses I provided. | 0.10 | 100.00/hr | 10.00 |
| 06/12/12 42873 | MFS | Prepare correspondence to process server with instructions to try serving summons and complaint on 3rd address I provided. | 0.10 | 100.00/hr | 10.00 |
| 06/18/12 43448 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |

| | | | | |
|---|---|---|---|---|
| 06/28/12  MFS 44702 | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | 1.90 | $190.00 |
| Previous balance | | $600.00 |

**Accounts receivable transactions**

| | |
|---|---|
| 7/3/2012 Payment - Thank You. Invoice #11281. Check No. 5094578 | ($600.00) |
| Total payments and adjustments | ($600.00) |

**Balance due**                                                    $190.00

## Summary of Fees

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 1.90 | 100.00 | $190.00 |

.cINTOSH SCHWARTZ, P.L

ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

August 07, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

**Tax ID #**
Main Office (954) 660-9888
Fax (954) 760-9531

Re:  Climat #215889.0085
     The Provident Bank v. Salgado
     HIN #HATCW321F787

Enclosed is Invoice 11499, which covers services through 7/31/2012. This invoice dated 8/7/2012 is for $169.00. Your total balance, including past charges is $359.00. Prompt payment of your total balance is much appreciated.

### Billing Summary

| | |
|---|---|
| Total for services rendered | $150.00 |
| Total expenses | $19.00 |
| Total payments and other transactions | $0.00 |
| Total previous balance | $190.00 |
| **Balance Due** | **$359.00** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

August 07, 2012
Invoice: 11499
Page:　　1
**Tax ID #**▇▇▇▇▇▇

**Reference:**　　Climat #215889.0085
　　　　　　　　The Provident Bank v. Salgado
　　　　　　　　HIN #HATCW321F787

**Professional Services**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/12 45241 | MFS | Review process server's field note re: potential work address where they will attempt to serve Defendant Salgado. | 0.10 | 100.00/hr | 10.00 |
| 07/02/12 45242 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 07/10/12 46057 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 07/10/12 46093 | MFS | Prepare correspondence to process server requesting status of service of summons and complaint on Defendant. | 0.10 | 100.00/hr | 10.00 |
| 07/11/12 46367 | MFS | Review process server's field note re: unsuccessful attempt at service on Defendant at 900 Biscayne Blvd. | 0.10 | 100.00/hr | 10.00 |
| 07/11/12 46368 | MFS | Conduct additional internet research as to current whereabouts of Mr. Salgado, including review of his CPA license. | 0.50 | 100.00/hr | 50.00 |
| 07/11/12 46371 | MFS | Telephone conference with HR person at Mallah Fermin, a former employer of Defendant, regarding possible last known address. | 0.10 | 100.00/hr | 10.00 |
| 07/11/12 46372 | MFS | Prepare correspondence to process server re: additional instructions on serving Defendant. | 0.10 | 100.00/hr | 10.00 |
| 07/16/12 46916 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/24/12<br>47920 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 07/27/12<br>48309 | MFS | Prepare correspondence to process server to check on status of serving summons and complaint on Defendant. | 0.10 | 100.00/hr | 10.00 |

|  |  |  |
|---|---|---|
| Total Fees for Professional Services | 1.50 | $150.00 |

**Costs Incurred:**

| | |
|---|---|
| 06/12/12 RDM  Accurint: Person search on Alexander Salgago. | 19.00 |

| | |
|---|---|
| Total additional charges | $19.00 |

| | |
|---|---|
| Total amount of this bill | $169.00 |
| Previous balance | $190.00 |

| | |
|---|---|
| **Balance due** | $359.00 |

## Summary of Fees

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 1.50 | 100.00 | $150.00 |

September 07, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

**Tax ID #4**███████
Main Office (954) 660-9888
Fax (954) 760-9531

Re:  Climat #215889.0085
     The Provident Bank v. Salgado
     HIN #HATCW321F787

     Enclosed is Invoice 11629, which covers services through 8/31/2012. This invoice dated 9/7/2012 is for $860.00. Your total balance, including past charges is $1029.00. Prompt payment of your total balance is much appreciated.

**Billing Summary**

| | |
|---|---:|
| Total for services rendered | $860.00 |
| Total expenses | $0.00 |
| | |
| Total payments and other transactions | ($190.00) |
| Total previous balance | $359.00 |
| **Balance Due** | **$1,029.00** |

     Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

MCINTOSH SCHWARTZ, P.L

ATTORNEYS AT LAW

888 SOUTHEAST 3RD AVENUE
SUITE 500
FORT LAUDERDALE, FLORIDA 33316

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

September 07, 2012
Invoice: 11629
Page:          1
Tax ID #████████

**Reference:**      Climat #215889.0085
                    The Provident Bank v. Salgado
                    HIN #HATCW321F787

**Professional Services**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/12 48817 | MFS | Review weekly backlog report from the NVDC regarding status of recording Assignment of Mortgage; they are still working on requests from 2/21/12. | 0.10 | 100.00/hr | 10.00 |
| 08/13/12 49975 | MFS | Prepare correspondence to process server requesting status of service of summons and complaint on Defendant. | 0.10 | 100.00/hr | 10.00 |
| 08/14/12 50081 | MFS | Telephone conference with process server regarding status of serving Defendant Salgado with complaint and summons. | 0.10 | 100.00/hr | 10.00 |
| 08/16/12 50299 | MFS | Review detailed affidavit by process server of unsuccessful attempts at serving Defendant Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/16/12 50300 | MFS | Additional internet research [google, facebook, accurint, Miami-Dade Co. property appraiser, sunbiz, etc.] in an attempt to locate better address for Defendant Salgado. | 1.10 | 100.00/hr | 110.00 |
| 08/16/12 50301 | MFS | Telephone conference with process server to get more details about the Defendant's daughter that was found at one of the addresses; I believe that the daughter lives with Salgado's ex-wife, Jane. | 0.10 | 100.00/hr | 10.00 |
| 08/16/12 50302 | MFS | Prepare correspondence on facebook to Salgado's ex-wife, Jane Rose Zeitel, in an attempt to find out where we can contact him. | 0.10 | 100.00/hr | 10.00 |
| 08/16/12 50311 | RDM | review the report from Michelle on the problems with service and her suggestions, email her my directions on how to proceed | 0.10 | 200.00/hr | 20.00 |

| 08/20/12 50658 | MFS | Telephone conference with process server to get more information regarding the address where Defendant Salgado's 2 daughters live (ages 23 & 25) and possible his ex-wife. | 0.10 100.00/hr | 10.00 |
| 08/20/12 50680 | MFS | Prepare correspondence to Wilmer Rapozo re: status of process server's unsuccessful attempts at serving Defendant Salgado with summons and complaint; recommend retaining investigator to locate him. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50850 | MFS | Review responsive correspondence from Wilmer Rapozo authorizing us to retain investigator, Liz Colwell. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50851 | MFS | Prepare correspondence to investigator, Liz Colwell, with instructions on locating Defendant Salgado. | 0.20 100.00/hr | 20.00 |
| 08/21/12 50854 | MFS | Telephone conference with process server requesting update on last address attempted, as referenced in paragraph 6 of the affidavit of diligent search; not successful.  Revised affidavit requested so that we can file motion for extension with the Court. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50855 | MFS | Review process server's field note regarding unsuccessful attempt at service at 7935 East Drive, #801, North Bay Village, FL 33141. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50857 | MFS | Prepare correspondence to process server re: instructions to hold service until our investigator provides us with some additional information as to Salgado's whereabouts. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50877 | MFS | Review process server's updated affidavit of diligent search. | 0.10 100.00/hr | 10.00 |
| 08/21/12 50878 | MFS | Prepare motion for extension of time to serve Defendant Salgado, along with redacted exhibits A-G. | 1.60 100.00/hr | 160.00 |
| 08/21/12 50879 | MFS | Prepare proposed order granting our motion for extension of time to serve Defendant Salgado. | 0.10 100.00/hr | 10.00 |
| 08/22/12 51139 | MFS | Efile our motion for extension of time to serve Defendant Salgado with summons and complaint and exhibit A - I, via CM/ECF. | 0.20 100.00/hr | 20.00 |
| 08/22/12 51140 | MFS | Prepare correspondence to Judge Altonaga regarding proposed order granting our motion for extension of time to serve Defendant Salgado. | 0.10 100.00/hr | 10.00 |

| 08/24/12<br>51309 | RDM | review the Order granting another 60 days to serve Salgado | 0.10 | 200.00/hr | 20.00 |
| 08/24/12<br>51316 | MFS | Review Order granting our motion for extension of time and giving us an additional 60 days to serve Defendant. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51700 | MFS | Review correspondence from our investigator, Liz Colwell, providing additional leads for me to follow up with, including six businesses he has been associated with. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51701 | MFS | Internet research [google, FL Dept. of Corporations, Miami-Dade County property appraiser] re: six businesses Salgado been associated with; found nothing helpful. | 1.10 | 100.00/hr | 110.00 |
| 08/28/12<br>51702 | MFS | Attempted telephone call to Protex Investments; phone number disconnected. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51705 | MFS | Attempted telephone call to JC Investment Fund; phone number now belongs to a recruiting company who has never heard of JC Investment or Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51706 | MFS | Attempted telephone call to SOHL Enterprises, LLC; phone number now belongs to a Dr. Cox' office. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51707 | MFS | Attempted telephone call to FB Foods, Inc.; phone number disconnected. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51712 | MFS | Telephone conference with Jasmine at Alchemist 1111, Inc., an active corporation that shows Salgado listed as the registered agent; she will have the owner of the company call me back. | 0.10 | 100.00/hr | 10.00 |
| 08/28/12<br>51713 | MFS | Prepare detailed responsive correspondence to our investigator, Liz Colwell, regarding the results of my follow-up on the information she provided. | 0.20 | 100.00/hr | 20.00 |
| 08/29/12<br>51951 | MFS | Review correspondence from our investigator, Liz Colwell, with additional information on where we might be able to find Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/29/12<br>51952 | MFS | Prepare responsive correspondence to Liz Colwell; our process server has already unsuccessfully attempted service at one of the addresses suggested, but we are following up with regard to Salgado's registered agent status for Alchemist Shop Inc. and Alchemist 1111, Inc. | 0.10 | 100.00/hr | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/29/12 51981 | MFS | Telephone conference with Erika Sussman, owner of Alchemist IIII, regarding whereabouts of their registered agent, Salgado; she will see what she can find out and email me. | 0.10 | 100.00/hr | 10.00 |
| 08/29/12 52044 | RDM | conf with Michelle regarding the next steps to finding Salgado | 0.10 | 200.00/hr | 20.00 |
| 08/30/12 52029 | MFS | Review two additional emails from our investigator Liz Colwell with more leads for me to follow-up on in locating Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/30/12 52030 | MFS | Additional internet research [FL Div of Corp, google & Miami-Dade Co. property appraiser] following up on additional leads provided by our investigator. | 0.20 | 100.00/hr | 20.00 |
| 08/30/12 52031 | MFS | Prepare additional correspondence to our investigator, Liz Colwell, regarding results of my additional internet research in following up her leads. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52230 | MFS | Review correspondence from our investigator, Liz Colwell, with additional information for me to follow-up on. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52231 | MFS | Internet research [Accurint re: Maria Carmen Salgado; further inquiry into Harbor East Development, etc.] in an effort to follow-up on leads provided by our investigator. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52232 | MFS | Telephone conference with Erika Sussman, owner of Alchemist, in an effort to obtain better address for their registered agent, Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52233 | MFS | Prepare correspondence to Erika Sussman, owner of Alchemist, in an effort to obtain better address for their registered agent, Salgado. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52235 | MFS | Prepare correspondence to our process server with instructions on trying to serve Salgado at 9559 Collins Avenue, #505, Surfside, FL. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52251 | MFS | Review responsive correspondence from Erika Sussman, providing business address she has for Salgado, which is the UPS store address we have already attempted. | 0.10 | 100.00/hr | 10.00 |
| 08/31/12 52252 | MFS | Prepare correspondence to Jane Rose Zeitel, Salgado's ex-wife, in an attempt to locate Salgado. | 0.10 | 100.00/hr | 10.00 |

Total Fees for Professional Services                              8.30        $860.00

Previous balance                                                             $359.00

McIntosh Schwartz, P.L. 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316
Main Office (954) 660-9888      Fax (954) 760-9531

**Accounts receivable transactions**

8/14/2012 Payment - Thank You. Invoice #11408. Check No. 5095767                           ($190.00)

    Total payments and adjustments                                      ($190.00)

    **Balance due**                                             $1,029.00

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---------|---------|---------|---------|----------|
| 860.00  | 169.00  | 0.00    | 0.00    | 0.00     |

## Summary of Fees

| Name | | | |
|------|------|--------|--------|
| Michelle F. Sachs | 8.00 | 100.00 | $800.00 |
| Robert D. McIntosh | 0.30 | 200.00 | $60.00 |

October 04, 2012

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

**Tax ID #** ████████
Main Office (954) 660-9888
Fax (954) 760-9531

Re: Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

Enclosed is Invoice 11728, which covers services through 9/30/2012. This invoice dated 10/4/2012 is for $700.31. Your total balance, including past charges is $1560.31. Prompt payment of your total balance is much appreciated.

## Billing Summary

| | |
|---|---|
| Total for services rendered | $170.00 |
| Total expenses | $530.31 |
| Total payments and other transactions | ($169.00) |
| Total previous balance | $1,029.00 |
| **Balance Due** | **$1,560.31** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

October 04, 2012
Invoice: 11728
Page:      1
Tax ID #▓▓▓▓▓

**Reference:**   Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

### Professional Services

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/12 52643 | MFS | Review responsive correspondence from Salgado's ex-wife; she has no contact with him and does not have an address for him, but she did provide a possible cell # and possible email address. We will follow-up on that information. | 0.10 | 100.00/hr | 10.00 |
| 09/04/12 52655 | MFS | Internet research in an effort to locate Defendant Salgado with information provided by his ex-wife. | 0.40 | 100.00/hr | 40.00 |
| 09/06/12 52884 | MFS | Telephone conference with Juan at the UPS store where Salgado has a private mailbox; Juan confirmed that Salgado owns box 302. | 0.10 | 100.00/hr | 10.00 |
| 09/06/12 52885 | MFS | Prepare correspondence to process server with instructions on serving Salgado via substitute service at his private mailbox at the UPS store. | 0.10 | 100.00/hr | 10.00 |
| 09/25/12 55104 | RDM | Receipt of affidavit of service on Alexander Salgado | 0.10 | 200.00/hr | 20.00 |
| 09/27/12 55310 | MFS | Review affidavit of service of summons and complaint on Defendant Salgado. | 0.10 | 100.00/hr | 10.00 |
| 09/27/12 55311 | MFS | Efile affidavit of service of summons and complaint on Defendant Salgado, via CM/ECF. | 0.10 | 100.00/hr | 10.00 |
| 09/28/12 55475 | MFS | Review order requiring scheduling report and certificates of interested parties in order to comply with same. | 0.10 | 100.00/hr | 10.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/28/12 55480 | MFS | Prepare certificate of interested persons and corporate disclosure statement. | 0.20 | 100.00/hr | 20.00 |
| 09/28/12 55602 | RDM | review the Scheduling Order from the Dist. Judge | 0.10 | 200.00/hr | 20.00 |
| 09/28/12 55619 | MFS | Efile certificate of interested persons and corporate disclosure statement, via CM/ECF. | 0.10 | 100.00/hr | 10.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | 1.50 | $170.00 |

**Costs Incurred:**

| | |
|---|---|
| 08/31/12 RDM Accurint: Person search on Alexander Salgado and Maria Salgado. | 32.00 |
| 09/17/12 RDM Vendor: Professional Process Servers & Investigators, Inc.; Tax ID# ▮▮▮▮ Invoice #FIS-2012007125; Service on Alexander Manuel Salgado. | 245.00 |
| 09/20/12 RDM Vendor: C-Mack Services, Inc.; Tax ID# ▮▮▮▮ Invoice #22476; Locate Alexander Manual Salgado. | 253.31 |

| | |
|---|---|
| Total additional charges | $530.31 |
| Total amount of this bill | $700.31 |
| Previous balance | $1,029.00 |

**Accounts receivable transactions**

| | |
|---|---|
| 9/14/2012 Payment - Thank You. Invoice #11499. Check No. 5096482 | ($169.00) |
| Total payments and adjustments | ($169.00) |
| **Balance due** | $1,560.31 |

**Summary of Fees**

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 1.30 | 100.00 | $130.00 |
| Robert D. McIntosh | 0.20 | 200.00 | $40.00 |

McIntosh Schwartz, P.L. 888 Southeast 3rd Avenue, Suite 500, Fort Lauderdale, Florida 33316
Main Office (954) 660-9888      Fax (954) 760-9531

November 15, 2012

REVISED INVOICE
**Tax ID #**~~~~~~~~~~~~~~~
Main Office (954) 660-9888
Fax (954) 760-9531

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

Re:  Climat #215889.0085
    The Provident Bank v. Salgado
    HIN #HATCW321F787

Enclosed is Invoice 11820, which covers services through 10/31/2012. This invoice dated 11/15/2012 is for $682.15. Your total balance, including past charges is $1382.46. Prompt payment of your total balance is much appreciated.

### Billing Summary

| | |
|---|---|
| Total for services rendered | $680.00 |
| Total expenses | $2.15 |
| | |
| Total payments and other transactions | ($860.00) |
| Total previous balance | $1,560.31 |
| **Balance Due** | **$1,382.46** |

Thank you for your confidence in our work and our commitment to serving you. If you have questions, please do not hesitate to call us at (954) 680-9888.

Sincerely,

Robert D. McIntosh, Esq.

RDM/wxs
Encls.

Joseph Marcella
Vice President
The Provident Bank
100 Wood Avenue South
Iselin, N.J. 08830-2727

November 15, 2012
Invoice: 11820
Page:  1
**Tax ID #**

**Reference:**  Climat #215889.0085
The Provident Bank v. Salgado
HIN #HATCW321F787

**Professional Services**

| Date | | Description | | | Amount |
|------|------|-------------|------|------|--------|
| 10/02/12 55914 | RDM | review the draft motion for clerk's default and revise for filing | 0.20 | 200.00/hr | 40.00 |
| 10/02/12 55923 | MFS | Check court docket to verify that Defendant Salgado has not not filed an answer to the complaint; confirmed. | 0.10 | 100.00/hr | 10.00 |
| 10/02/12 55924 | MFS | Prepare motion for entry of clerk's default against Defendant Salgado. | 0.20 | 100.00/hr | 20.00 |
| 10/02/12 55925 | MFS | Prepare proposed clerk's default against Defendant Salgado. | 0.10 | 100.00/hr | 10.00 |
| 10/02/12 55926 | MFS | Efile motion for entry of clerk's default against proposed default, via CM/ECF.. | 0.10 | 100.00/hr | 10.00 |
| 10/02/12 55981 | RDM | review the clerk's entry of default against Salgado | 0.10 | 200.00/hr | 20.00 |
| 10/02/12 55985 | RDM | review the court's order on its procedure regarding a default Final Judgment | 0.20 | 200.00/hr | 40.00 |
| 10/02/12 56010 | MFS | Review clerk's default. | 0.10 | 100.00/hr | N/C |
| 10/02/12 56011 | MFS | Review order entered by the Judge regarding default final judgment procedure. | 0.10 | 100.00/hr | N/C |

| 10/02/12 56012 | MFS | Prepare correspondence to Wilmer Rapozo regarding clerk's default, order on default final judgment procedure and request for rate calculation for certificate of amount due. | 0.10 | 100.00/hr | 10.00 |
| 10/02/12 56058 | MFS | Prepare motion for default final judgment; need to add payoff figures. | 0.40 | 100.00/hr | 40.00 |
| 10/03/12 56059 | MFS | Internet research in order to confirm that Defendant Salgado is not currently in the military. | 0.10 | 100.00/hr | 10.00 |
| 10/03/12 56060 | MFS | Prepare affidavit of non-military status regarding Defendant Salgado in support of our motion for final default judgment. | 0.10 | 100.00/hr | 10.00 |
| 10/03/12 56061 | MFS | Prepare proposed affidavit of Wilmer Rapozo in support of our motion for final default judgment and exhibits thereto; need updated payoff figures. | 0.20 | 100.00/hr | 20.00 |
| 10/03/12 56062 | MFS | Prepare proposed final default judgment; need updated payoff figures. | 0.10 | 100.00/hr | 10.00 |
| 10/03/12 56063 | MFS | Prepare proposed order granting our motion for default final judgment. | 0.10 | 100.00/hr | 10.00 |
| 10/05/12 56307 | MFS | Review rate calculation for certificate of amount due as of 10/10/12 provided by Wilmer Rapozo. | 0.10 | 100.00/hr | 10.00 |
| 10/05/12 56308 | MFS | Supplement our motion for final default judgment, proposed final default judgment and affidavit of Wilmer Rapozo with payoff information. | 0.30 | 100.00/hr | 30.00 |
| 10/05/12 56309 | MFS | Prepare correspondence to Wilmer Rapozo requesting the recent payments toward to the purchase of the vessel to add as exhibits to our motion. | 0.10 | 100.00/hr | 10.00 |
| 10/05/12 56310 | MFS | Review recent payments toward to the purchase of the vessel provided by Wilmer Rapozo. | 0.10 | 100.00/hr | 10.00 |
| 10/09/12 56520 | MFS | Supplement our motion for final default judgment to include specifics of loan, mortgage, vessel purchase agreement, installments payments made and owing. | 0.70 | 100.00/hr | 70.00 |
| 10/09/12 56521 | MFS | Supplement our proposed final default judgment and proposed affidavit of Wilmer Rapozo to include specifics of installments payments made and owing. | 0.20 | 100.00/hr | 20.00 |

| 10/09/12 56522 | MFS | Prepare correspondence to Wilmer Rapozo following up on our request for contact information that the bank had with Salgado during negotiation and entering of Vessel Purchase Agreement. | 0.10 | 100.00/hr | 10.00 |
|---|---|---|---|---|---|
| 10/09/12 56523 | MFS | Telephone conference with Wilmer Rapozo regarding our request for contact information that the bank had with Salgado during negotiation and entering of Vessel Purchase Agreement; Wilmer has no information but suggested we ask Joe Marcella. | 0.10 | 100.00/hr | 10.00 |
| 10/09/12 56524 | MFS | Left voicemail message for Joe Marcella regarding our request for contact information that the bank had with Salgado during negotiation and entering of Vessel Purchase Agreement. | 0.10 | 100.00/hr | 10.00 |
| 10/09/12 56525 | MFS | Prepare correspondence to Joe Marcella regarding our request for contact information that the bank had with Salgado during negotiation and entering of Vessel Purchase Agreement. | 0.10 | 100.00/hr | 10.00 |
| 10/09/12 56526 | MFS | Prepare correspondence to Wilmer Rapozo regarding proposed affidavit in support of our motion for final default judgment. | 0.10 | 100.00/hr | 10.00 |
| 10/10/12 56614 | RDM | email from Joe with the information from Don Schrama on Salgado | 0.10 | 200.00/hr | 20.00 |
| 10/10/12 56635 | MFS | Review information provided by Donald Schrama regarding contact information for Salgado and follow with my own internet research regarding Protex Investments, Salgado's wife, Gabrielle Barragan, and possible corporations in both of their names. | 0.90 | 100.00/hr | 90.00 |
| 10/10/12 56636 | MFS | Update certificate of service in our motion for final default judgment to include additional addresses and email address for Salgado. | 0.10 | 100.00/hr | 10.00 |
| 10/10/12 56748 | MFS | Efile our motion for final default judgment, exhibit A-K, proposed order granting the motion and proposed default final judgment, via CM/ECF. | 0.20 | 100.00/hr | 20.00 |
| 10/10/12 56749 | MFS | Prepare correspondence to Alexander Salgado regarding our motion for final default judgment. | 0.10 | 100.00/hr | 10.00 |
| 10/10/12 56751 | MFS | Prepare correspondence to Judge Altonoga regarding proposed order granting our motion for final default judgment and proposed final default judgment. | 0.10 | 100.00/hr | 10.00 |

| | | | | |
|---|---|---|---|---|
| 10/30/12 58904 | MFS | Review final default judgment in order to record same. | 0.10 100.00/hr | 10.00 |
| 10/31/12 58951 | MFS | Prepare correspondence to Alexander Salgado regarding the court's order granting our motion for final default judgment and the final default judgment. | 0.10 100.00/hr | 10.00 |
| 10/31/12 59122 | RDM | review the final judgment and send to Joe | 0.10 200.00/hr | 20.00 |
| 10/31/12 59123 | RDM | review the Order on our Motion for default final judgment | 0.10 200.00/hr | 20.00 |

|  |  |  |
|---|---|---|
| Total Fees for Professional Services | 6.20 | $680.00 |

**Costs Incurred:**

| | | |
|---|---|---|
| 09/04/12 RDM  Accurint: Email search on ASAL453887@AOL.COM. | | 2.15 |

| | |
|---|---|
| Total additional charges | $2.15 |

| | |
|---|---|
| Total amount of this bill | $682.15 |
| Previous balance | $1,560.31 |

**Accounts receivable transactions**

| | |
|---|---|
| 10/9/2012 Payment - Thank You. Invoice #11629. Check No. 5097102 | ($860.00) |
| Total payments and adjustments | ($860.00) |

| | |
|---|---|
| **Balance due** | $1,382.46 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 682.15 | 700.31 | 0.00 | 0.00 | 0.00 |

### Summary of Fees

| Name | | | |
|---|---|---|---|
| Michelle F. Sachs | 5.20 | 100.00 | $520.00 |
| Michelle F. Sachs | 0.20 | 0.00 | $0.00 |

**Name**

Robert D. McIntosh                                    0.80      200.00      $160.00