IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 12-21724-cv-ALTONAGA/Simonton

**THE PROVIDENT BANK,**

     Plaintiff,

v.

**ALEXANDER MANUEL SALGADO,**

     Defendant,

**IXE AGRO USA, INC.**

     Garnishee.

_____/

FILED by _____ D.C.

OCT 02 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## IXE AGRO USA, LLC'S ANSWER TO WRIT OF GARNISHMENT

COMES NOW, IXE Agro USA, LLC ("IXE LLC") pursuant to Chapter 77, Florida Statutes, and files this Answer to the Writ of Garnishment served on September 12, 2014, and states:

1.     On September 12, 2014, IXE LLC was served with the Writ of Garnishment attached hereto as **Exhibit A**.  The Writ of Garnishment names "IXE AGRO USA, INC." ("IXE INC") as the Garnishee.

2.     Without waiving any and all objections to the defective Writ, and with all rights reserved, at the time of service of the Writ, and by information and belief, IXE INC was not indebted to Alexander Manuel Salgado ("Salgado").  However, IXE LLC is indebted to Salgado in the amount of $10,000.

3.     Except as set forth above, IXE LLC has no tangible or intangible personal property of Salgado in its possession or control as of the filing of this Answer to the Writ and

had no such property in its possession or control at the time of service of the Writ or at any time between such service and filing of the this Answer to the Writ

    4.    IXE LLC has no deposit, account, or tangible personal property titled in the name of Salgado in its possession or control at the time of service of the Writ or at any time between such service and filing of the this Answer to the Writ.

    5.    IXE LLC is not aware of any person indebted to Salgado, or of any person who may be in possession or control of any property of Salgado at the time of the service of the writ or at any time between such service and filing of the this Answer to the Writ except for IXE LLC.

    6.    IXE LLC has retained the law firm of Bilzin Sumberg Baena Price & Axelrod LLP and is obligated to pay such law firm a reasonable fee for its services in preparing and filing this Answer to the Writ. Garnishee is entitled to recover its reasonable attorneys' fees and costs incurred in this action pursuant to Fla. Stat. § 77.28.

    7.    IXE LLC hereby demands that the Clerk award the $100.00 statutory attorney garnishment fee for having retained undersigned counsel to represent IXE Agro in preparation of this Answer to the Writ, as provided under Fla. Stat. § 77.28.

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
*Attorneys for IXE Agro USA, LLC*
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
    **Michael N. Kreitzer, Esq.**
    mkreitzer@bilzin.com
    Florida Bar No. 705561
    **Justin S. Brenner, Esq.**
    jbrenner@bilzin.com
    Florida Bar No. 94216

CASE NO.: 02-00311 CA 09

eservice@bilzin.com
mcordova@bilzin.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail on Robert D. McIntosh, McIntosh Schwartz, P.L., 888 S.E. 3rd Ave., Suite #500, Fort Lauderdale, FL 33316 on this 2nd day of October, 2014.

Justin S. Brenner

MIAMI 4339180.3 80950/44337

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL  33131-3456

# EXHIBIT "A"

OBTAIN DESCRIPTION

WRIT OF GARNISHMENT

CALL WHEN SERVED

1:35 Pm

09-12-14- 1:25 Pm

A 1747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 12-21724-cv-ALTONAGA/Simonton

THE PROVIDENT BANK,

       Plaintiff,

vs.

ALEXANDER MANUEL SALGADO,

       Defendant.

_____/

## WRIT OF GARNISHMENT

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA:

To the Marshal of the Southern District of Florida:

       YOU ARE COMMANDED ON RECEIPT OF THIS WRIT to summon the

garnishee, IXE AGRO USA, INC, its subsidiaries and affiliates, whose address is, 9960

NW 116th Way, #8, Miami, Florida 33178, to serve an answer to this writ on Robert D.

McIntosh, Esq., McIntosh Schwartz, P.L., whose address is, 888 S.E. 3rd Ave., Suite

#500, Fort Lauderdale, FL 33316, within 20 days after service on the garnishee, exclusive

of the day of service, and to file the original with the clerk of this court either before

service on the attorney or immediately thereafter, stating whether the garnishee is

indebted to the defendant, ALEXANDER SALGADO, Social Security Number/

Taxpayer I.D. No: 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, at the time of the answer or was indebted at the time of

service of the writ, or at any time between such times, and in what sum and what tangible

and intangible personal property of the defendant the garnishee is in possession or control

of at the time of the answer or had at the time of service of this writ, or at any time

D

between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The amount owing to the Plaintiff is $429,525.20, plus interest from the date of judgment.

### Steven M. Larimore

Clerk of the Court, Southern District of Florida

By _____

As Deputy Clerk

Counsel of Record:

Robert D. McIntosh
Adam B. Cooke
McIntosh Schwartz, PL
888 SE Third Avenue, Suite #500
Tel: 954-660-9888
Fax: 954-760-9531

## NOTICE TO DEFENDANT OF RIGHT AGAINST GARNISHMENT
## OF WAGES, MONEY, AND OTHER PROPERTY

The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you. HOWEVER YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY. READ THIS NOTICE CAREFULLY.

State and Federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments, such wages, money, and property are exempt from garnishment. The major exemptions are listed below on the Form for Claim Exemption and Request for Hearing. This list does not include all possible exemptions. You should consult a lawyer for specific advice.

TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO GET BACK ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED, YOU MUST FILE THE FORM WITH THE CLERK'S OFFICE WITHIN 20 DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE OR YOU MAY LOSE IMPORTANT RIGHTS. YOU MUST ALSO MAIL OR DELIVER A COPY OF THIS FORM TO THE PLAINTIFF AND THE GARNISHEE AT THE ADDRESSES LISTED ON THE WRIT OF GARNISHMENT.

If you request a hearing, it will be held as soon as possible after your request is received by the court. The plaintiff must file any objection within 3 business days if you hand delivered to the plaintiff a copy of the Form Claim Exemptions and Request for Hearing, or, alternatively, 8 business days if you mailed a copy of the form for claim and request for hearing. You may attend the hearing with or without an attorney. If the plaintiff fails to file an objection, no hearing is required the writ of garnishment will be dissolved and your wages, money, or property will be released.

YOU SHOULD FILE THE FORM FOR CLAIM OF EXEMPTION IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR PROPERTY FROM BEING APPLIED TO THE COURT JUDGMENT. THE CLERK CANNOT GIVE YOU LEGAL ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU SHOULD SEE A LAWYER. IF YOU CANNOT AFFORD A PRIVATE LAWYER, LEGAL SERVICES MAY BE AVAILABLE. CONTACT YOUR LOCAL BAR ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

{215889.0085/L4367443_1}

CLAIM OF EXEMPTIONS AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1.  Head of family wages. (You must check a. or b. below.)
　　　　_____ a. I provide more than one-half of the support for a child or other dependent, and have net earnings of $500 or less per week.
　　　　_____ b. I provide more than one-half of the support for a child or other dependent and have net earnings of more than $500 per week, but have not agreed in writing to have my wages garnished.
_____ 2. Social Security benefits.
_____ 3. Supplemental Security benefits.
_____ 4. Public assistance (welfare).
_____ 5. Worker's Compensation.
_____ 6. Unemployment compensation.
_____ 7. Veteran's Benefits.
_____ 8. Retirement or profit-sharing benefits or pension money.
_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of
　　　　annuity contract.
_____ 10. Disability income benefits.
_____ 11. Prepaid College Trust Find or Medical Savings Account.
_____ 12. Other Exemptions provided by law.
　　　　_____ (explain).

I request a hearing to decide the validity of my claim.  Notice of the hearing should be given to me at:


Address: _____
Telephone Number: _____

The statements made in this request are true to the best of my knowledge and belief.


_____
Defendant's Signature


_____
Date

STATE OF FLORIDA _____
COUNTY OF _____

Sworn and subscribed to before me this _____ day of _____, by

1

{215889 0085/L4367443_1}

_____.

Notary Public/Deputy Clerk

Personally Known _____ or Produced _____ as identification.

Type of identification Produced_____