UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21724-CIV-ALTONAGA/O'Sullivan

**THE PROVIDENT BANK**,

    Plaintiff,
vs.

**ALEXANDER MANUEL SALGADO**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion to Compel Better Responses to Discovery from Defendant Alexander Manuel Salgado ("Motion") [ECF No. 43]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED**. Plaintiff is instructed to follow the procedures regarding discovery outlined in the Court's Order referring discovery matters to the Magistrate Judge John J. O'Sullivan [1] [ECF No. 30].

**DONE AND ORDERED** in Miami, Florida this 23rd day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] This matter was referred to Magistrate O'Sullivan for discovery purposes on September 8, 2014. Magistrate Judge Andrea Simonton is no longer assigned to the case, as Plaintiff's Motion mistakenly indicates.