**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**COURTROOM   NO. 5   -   3:00 P.M.**

**MAGISTRATE JUDGE**: **JOHN J. O'SULLIVAN**

Case No.   12-21724-CIV-ALTONAGA/O'SULLIVAN

Date 11/5/15                                                  END:   3:25 P.M.

Clerk Elizabeth Rodriguez

DAR   14:59:13                              COURT REPORTER

Title of Case   THE PROVIDENT BANK VS. ALEXANDER MANUEL SALGADO


P. Attorney(s) Adam B. Cooke

D. Attorney(s) Kevin Jackson

Reason for Hearing:   Discovery


Result of Hearing

-Hearing held

-Proposed Order shall be submitted by the Plaintiff no later than Monday by 5:00 pm






Case continued to _____Time _____ For
Misc.