UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21724-CIV-ALTONAGA/O'Sullivan

**THE PROVIDENT BANK**,

    Plaintiff,
v.

**ALEXANDER MANUEL SALGADO**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant's Second Motion to Extend Time to Answer Discovery ("Motion") [ECF No. 51], filed January 6, 2016. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 51]** is **GRANTED**. Defendant shall respond to Plaintiff's Third Request for Production in Aid of Execution within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record